# EXHIBIT L

## U.S. Patent No. 7,770,396 ("the '396 Patent")

**Accused System:**

Defendants' system that enables mixing up to 25% ethane with natural gas for combustion in a natural gas turbine infringes at least claims 1 and 10 of the '396 Patent. On information and belief, the features and functionalities described in U.S. Patent No. 7,895,821 ("the '821 Patent") have been implemented in the Accused System. Accordingly, citations to the '821 Patent below reflect features and functionalities in the Accused System.

| Claim 1 | Accused System |
|---|---|
| 1[pre]. A method for operating a combustion device, the method comprising the steps of: | To the extent the preamble is limiting, the Accused System is used to perform a method for operating a combustion device, for example, as described by the '821 Patent excerpts below:<br><br>"The present invention relates to a flexible and automatic system and method for blending an inexpensive secondary gas with a primary gas fuel for operation of a Dry Low NOx (DLN) gas turbine." '821 Patent at 2:50-53.<br><br> |

| Claim 1 | Accused System |
|---|---|
| |  Fig. 3 "According to a first aspect, a DLN combustion gas turbine is provided, which allows operation with a fuel blend of a primary gas fuel and a secondary gas." *Id*. at 2:53-55.<br><br>"According to a second aspect of the present invention, a method for operating a DLN combustion gas turbine with a fuel blend of a primary gas fuel and a secondary gas is provided for combustors with a single downstream combustion zone…" *Id*. at 3:8-11.<br><br>"Key elements of this invention consist of integrating an existing combustion gas turbine controller with an alternate gas injection module…" *Id*. at 3:58-61.<br><br>"The method includes supplying a primary gas fuel from a primary gas fuel supply and supplying a secondary gas from a secondary gas supply and operating at least one combustor for a combustion gas turbine with a fuel blend within a predetermined range of the primary gas fuel and the secondary gas. The method also includes monitoring a quality of the fuel blend and monitoring combustion noise during operation with the fuel blend. The method controls a fuel blend of a primary gas fuel from the primary gas fuel supply and a secondary gas from the |

| Claim 1 | Accused System |
|---|---|
| | secondary gas supply system according to a permissible range in a quality of the fuel blend and an avoidance of combustion dynamics." *Id*. at 3:17-28.<br><br>"The following embodiments of the present invention have many advantages, including providing a method and system for blending a desired amount of alternate gas into a primary natural gas fuel for a DLN combustion turbine." *Id*. at 3:49-52. |
| [1(a)] producing a fuel gas using a liquid fuel comprising hydrocarbon molecules and a diluent gas; | The Accused System is used to produce a fuel gas using a liquid fuel comprising hydrocarbon molecules and a diluent gas, for example, as described by the '821 Patent excerpts below:<br><br>"FIG. 1 provides a graph illustrating an impact of injection of alternate fuels (such as hydrogen, propane, butane, etc.) on the MWI of natural gas fuel" *Id*. at 3:37-39.<br><br>"…a method and system for blending a desired amount of alternate gas into a primary natural gas fuel…the alternate gas may be an alternate gas fuel (such as hydrogen, ethane, butane, propane, LNG, etc.)…" *Id*. at 3: 50-54.<br><br>"A solution allowing 5% hydrogen…" *Id*. at 4:13.<br><br>"FIG. 1 illustrates an impact of injection of secondary gas fuels (such as hydrogen, propane, butane, etc.) on MWI of a fuel blend with a primary natural gas fuel." *Id*. at 4:29-31.<br><br>Further, as explained in a recent press release, the Accused System produces the claimed fuel gas by vaporizing liquid ethane into natural gas—the claimed diluent gas:<br><br>"Competitive Power Ventures says its recently-completed CPV Fairview natural gas-fired, combined-cycle plant in Pennsylvania is the first generation station of its size to be able to switch to burn high contents of ethane blended into natural gas, an innovation intended to cut fuel costs, CPV announced Tuesday...A GE vaporizer "the size of a delivery truck" can turn liquid ethane from the pipeline into a gas that can be blended into natural gas to make a fuel mixture up to 25% ethane, Ahrens said....This ethane capability, provided by GE's DLN 2.6+ combustion system, makes Fairview "the first plant of its kind," CPV CEO Gary Lambert said in |

| Claim 1 | Accused System |
|---|---|
| | a statement. According to GE, the DLN 2.6+ system is intended to improve operational flexibility and lead to faster dispatch times for gas turbine plants, an important attribute as "demand for renewable resources" drives an "increased needs for cyclic operation." https://www.utilitydive.com/news/competitive-power-ventures-gas-plant-uses-new-ge-combustion-system-to-cut-f/574712/ |
| [1(b)] premixing the fuel gas with a second gas containing oxygen to produce a gas mixture in a premixing zone located upstream of a combustion zone of a combustion device, | The Accused System is used to premix the fuel gas with a second gas containing oxygen to produce a gas mixture in a premixing zone located upstream of a combustion zone of a combustion device, for example, as described by the '821 Patent excerpts below:<br><br>"The primary nozzles and the center fuel nozzle premix a fuel blend with air for the combustor." '821 Patent at 2:61-63.<br><br>Claim 1 & 17 – "wherein the primary nozzles and the center fuel nozzle premix a fuel blend with air for the combustor." *Id*. at 7:65-66, 9:26-28.<br><br>"The primary nozzles and the center fuel nozzle premix a fuel blend with air for the combustor." *Id*. at 2:61-63.<br><br>"blending secondary gases or gas fuels with a <u>primary gas fuel in a DLN gas turbine combustor premixing the fuel blend</u> in all combustor nozzles and combusting within a single downstream combustion zone." *Id*. at 2:28-32.<br><br>"A plurality of combustors each includes a single <u>downstream combustion zone</u> supplied by a center fuel nozzle…" *Id*. at 2:57-59.<br><br>"Gas turbines equipped with low Nitrous oxide (NOx) emission combustion systems typically employ a process known as lean, pre-mixed combustion where fuel and combustion air are mixed upstream of the <u>combustion zone</u> to control and limit thermal NOx production." *Id*. at 1:32-36. |

| Claim 1 | Accused System |
|---|---|
| [1(c)] the combustion device being configured such that autoignition of the gas mixture would occur upstream of the combustion zone in the absence of the diluent gas; and | The Accused System includes a combustion device being configured such that autoignition of the gas mixture would occur upstream of the combustion zone in the absence of the diluent gas, for example, as described by the '821 Patent excerpts below:<br><br>"Such combustion systems [DLN combustion systems] often function well over a relatively narrow range of fuel injector pressure ratios and fuel compositions. If gas turbine combustion systems are operated outside of that range, combustion dynamics levels (noise pressure Waves due to oscillatory combustion process) can get large enough to cause significant distress to combustion parts, thereby shortening the maintenance intervals or even cause irreparable hardware damage and forced outages." *Id*. at 1:36-44.<br><br>"The method controls a fuel blend of a primary gas fuel from the primary gas fuel supply and a secondary gas from the secondary gas supply system according to a permissible range in a quality of the fuel blend and an avoidance of combustion dynamics." *Id*. at 3:24-28.<br><br>"The determined LHV of incoming gas fuel can in-turn be used to determine instantaneous MWI and automatically modulate primary gas fuel and secondary gas fuel mixture ratio…a much wider range of fuel composition and resulting MWI level can be employed without significant changes in combustion dynamics levels and minimal changes in NOx emissions." *Id*. at 4:53-61.<br><br>"…fuel specifications do not typically allow any amount of hydrogen to be present in the fuel gas…due to the increase risk introduced by the hydrogen." *Id*. at 1:66-2:2. |
| [1(d)] combusting the gas mixture in the combustion zone of the combustion device; | The Accused System is used to combust the gas mixture in the combustion zone of the combustion device, for example, as described by the '821 Patent excerpts below:<br><br>"Gas turbines equipped with low Nitrous oxide (NOx) emission combustion systems typically employ a process known as lean, pre-mixed combustion where fuel and combustion air are mixed upstream of the <u>combustion zone</u> to control and limit thermal NOx production." *Id*. at 1:32-36. |

| Claim 1 | Accused System |
|---|---|
| | "blending secondary gases or gas fuels with a primary gas fuel in a DLN gas turbine combustor premixing the fuel blend in all combustor nozzles and <u>combusting within a single downstream combustion zone</u>." *Id*. at 2:28-32. |
| [1(e)] wherein the diluent gas is inert and present in an amount such that reaction of the fuel gas upstream of the combustion zone is suppressed. | The Accused System performs the claimed method wherein the diluent gas is inert and present in an amount such that reaction of the fuel gas upstream of the combustion zone is suppressed, for example, as described by the '821 Patent excerpts below:<br><br>"A permissible variation in MWI of +/- 5% is generally accepted in gas turbine industry for combustion fuel nozzles. FIG. 1 shows the percent change in MWI of the fuel blend (With the gases at 300 degrees F.) versus the percent of specific secondary gas fuels in the fuel blend with natural gas. The +5% Wobbe 105 boundary is crossed for a butane gas fuel blend 120 at about 5% butane gas. The +5% Wobbe 105 boundary is crossed for a propane gas fuel blend 130 at about 8% propane gas fuel blend. The —5% Wobbe 110 boundary is crossed for a hydrogen gas fuel blend 140 at about 18% hydrogen gas. Although the figure shows that blending of relatively large percentages of some secondary fuels will change the MWI by less than 5%, there are other practical operating constraints that will prevent large quantities of secondary fuels from being mixed." *Id*. at 4:34-48. |

| Claim 1 | Accused System |
|---|---|
|  | <br><br>"The determined LHV of incoming gas fuel can in-turn be used to determine instantaneous MWI and automatically modulate primary gas fuel and secondary gas fuel mixture ratio…a much wider range of fuel composition and resulting MWI level can be employed without significant changes in combustion dynamics levels and minimal changes in NOx emissions." *Id*. at 4:53-61.<br><br>"…fuel specifications do not typically allow any amount of hydrogen to be present in the fuel gas…due to the increase risk introduced by the hydrogen." *Id*. at 1:66-2:2. |

| Claim 10 | Accused System |
|---|---|
| 10[pre]. A combustion apparatus comprising: a combustor, | *See* Claim 1[pre], *supra*. |
| the combustor having a first inlet for accepting fuel gas, | The Accused System includes the combustor having a first inlet for accepting fuel gas, for example, as described by the '821 Patent excerpts below: |

| Claim 10 | Accused System |
|---|---|
|  | "Fig. 2 illustrates a basic schematic…Fuel 240 from a fuel delivery system 245…is supplied to a plurality of combustors." *Id*. at 5:7-17.<br><br>*[Figure 2: Turbine Emissions and Fuel Control Schematic, showing Controller 290, system 200, Fuel Delivery System 245, Emission Monitoring System, Inlet Duct 206, IGV 210, Compressor 215, combustor 230/255, Turbine, Exhaust Duct 260, Generator 235, with reference numerals 205, 240, 246, 285, 286, 295, 296, 261, 256, 220, 230.]*<br><br>**Fig. 2** |
| [10(a)] a second inlet for accepting oxygenated gas for supporting combustion of the fuel gas, | The Accused System includes a combustor having a second inlet for accepting oxygenated gas for supporting combustion of the fuel gas, for example, as described by the '821 Patent excerpts below:<br><br>"An inlet duct 205 receives external air 206 and supplies the air to an inlet guide vane 210. The inlet guide vane 210 controls the flow of air to a compressor 215…compressed air 250 from the compressor 215 is supplied to a plurality of combustors." *Id*. at 5:9-18; Figure 2. |

| Claim 10 | Accused System |
|---|---|
| |  |
| [10(b)] a combustion zone, | The Accused System includes a combustor having a combustion zone, for example, as described by the '821 Patent excerpts below:<br><br>"A plurality of combustors each includes a single downstream combustion zone supplied by a center fuel nozzle…" *Id*. at 2:57-59.<br><br>"Gas turbines equipped with low Nitrous oxide (NOx) emission combustion systems typically employ a process known as lean, pre-mixed combustion where fuel and combustion air are mixed upstream of the combustion zone to control and limit thermal NOx production." *Id*. at 1:32-36.<br><br>Claim 1 – "…comprising a single downstream combustion zone…" *Id*. at 7:62.<br><br>Claim 17 – "…in a single combustion zone supplied by a center fuel nozzle…" *Id*. at 9:23. |

| Claim 10 | Accused System |
|---|---|
| [10(c)] and a premixing zone upstream of the combustion zone, the combustion device being configured to premix the fuel gas with at least some of the oxygenated gas in the premixing zone to produce a gas mixture, and to combust the gas mixture in the combustion zone; | The Accused System includes a combustor having a premixing zone upstream of the combustion zone, the combustion device being configured to premix the fuel gas with at least some of the oxygenated gas in the premixing zone to produce a gas mixture, and to combust the gas mixture in the combustion zone, for example, as described by the '821 Patent excerpts below:<br><br>"The primary nozzles and the center fuel nozzle premix a fuel blend with air for the combustor." *Id*. at 2:61-63.<br><br>Claim 1 & 17 – "wherein the primary nozzles and the center fuel nozzle premix a fuel blend with air for the combustor." *Id*. at 7:65-66, 9:26-28.<br><br>"The primary nozzles and the center fuel nozzle premix a fuel blend with air for the combustor." *Id*. at 2:61-63.<br><br>"blending secondary gases or gas fuels with a <u>primary gas fuel in a DLN gas turbine combustor premixing the fuel blend</u> in all combustor nozzles and combusting within a single downstream combustion zone." *Id*. at 2:28-32.<br><br>"Gas turbines equipped with low Nitrous oxide (NOx) emission combustion systems typically employ a process known as lean, pre-mixed combustion where fuel and combustion air are mixed upstream of the <u>combustion zone</u> to control and limit thermal NOx production." *Id*. at 1:32-36.<br><br>"blending secondary gases or gas fuels with a primary gas fuel in a DLN gas turbine combustor premixing the fuel blend in all combustor nozzles and <u>combusting within a single downstream combustion zone</u>." *Id*. at 2:28-32. |
| [10(e)] and a fuel vaporization unit in fluid communication with the first inlet of the combustor, the fuel vaporization unit | The Accused System includes a fuel vaporization unit in fluid communication with the first inlet of the combustor, the fuel vaporization unit being configured to produce fuel gas using a liquid fuel comprising hydrocarbon molecules and a diluent gas, for example, as described by the '821 Patent excerpts below: |

| Claim 10 | Accused System |
|---|---|
| being configured to produce fuel gas using a liquid fuel comprising hydrocarbon molecules and a diluent gas; | "FIG. 1 provides a graph illustrating an impact of injection of alternate fuels (such as hydrogen, propane, butane, etc.) on the MWI of natural gas fuel" *Id*. at 3:37-39.<br><br>"…a method and system for blending a desired amount of alternate gas into a primary natural gas fuel…the alternate gas may be an alternate gas fuel (such as hydrogen, ethane, butane, propane, LNG, etc.)…" *Id*. at 3: 50-54.<br><br>"A solution allowing 5% hydrogen…" *Id*. at 4:13.<br><br>"FIG. 1 illustrates an impact of injection of secondary gas fuels (such as hydrogen, propane, butane, etc.) on MWI of a fuel blend with a primary natural gas fuel." *Id*. at 4:29-31.<br><br>Further, as explained in a recent press release, the Accused System produces the claimed fuel gas by vaporizing liquid ethane into natural gas—the claimed diluent gas:<br><br>"Competitive Power Ventures says its recently-completed CPV Fairview natural gas-fired, combined-cycle plant in Pennsylvania is the first generation station of its size to be able to switch to burn high contents of ethane blended into natural gas, an innovation intended to cut fuel costs, CPV announced Tuesday...A GE vaporizer "the size of a delivery truck" can turn liquid ethane from the pipeline into a gas that can be blended into natural gas to make a fuel mixture up to 25% ethane, Ahrens said....This ethane capability, provided by GE's DLN 2.6+ combustion system, makes Fairview "the first plant of its kind," CPV CEO Gary Lambert said in a statement. According to GE, the DLN 2.6+ system is intended to improve operational flexibility and lead to faster dispatch times for gas turbine plants, an important attribute as "demand for renewable resources" drives an "increased needs for cyclic operation." https://www.utilitydive.com/news/competitive-power-ventures-gas-plant-uses-new-ge-combustion-system-to-cut-f/574712/ |
| [10(f)] wherein the combustion apparatus is configured such that autoignition of the gas mixture would occur upstream of the | *See* Claim [1(d)-(e)], *supra*. |

| Claim 10 | Accused System |
|---|---|
| combustion zone in the absence of the diluent gas and wherein the diluent gas is inert and present in the fuel gas in an amount such that reaction of the fuel gas upstream of the combustion zone is suppressed. | |